Opinion filed November 13, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed November 13,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00141-CR

                                                    __________

 

                                       NARCISO PEDRO, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 259th District Court

 

                                                           Jones
County, Texas

 

                                                     Trial
Court Cause No. 9917

 



 

                                             M
E M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss his appeal.  The motion is signed
by both appellant and his counsel.  The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

November 13,
2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.